# United States District Court

## for the

## Southern District of New York

### Report on Offender Under Supervision

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07
```

Name of Offender: Steven Payne              Docket Number: 1:02-CR-720-01 (DLC)

Name of Sentencing Judicial Officer:   HONORABLE DENISE L. COTE

Date of Original Sentence:   December 20, 2002

Original Offense:   Conspiracy to File False Claims; Filing False Claims

Original Sentence:   Five (5) years probation

Type of Supervision:   Probation       Date Supervision Commenced:   Dec. 20, 2002

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Nature of Non-compliance

### THE RELEASEE HAS FAILED TO PAY THE COURT ORDERED RESTITUTION BALANCE, IN FULL.

U.S. Probation Officer Action:
As a special condition to probation, Payne was ordered to pay $19,968.04 to the Internal Revenue Service, in restitution. Payne was ordered to remit payments at the rate of 10% of his gross monthly income. To date, he has paid a total of $2556.00 towards the Court ordered restitution, leaving a balance of $17,412.04. The $200 special assessment was satisfied.

### SUMMARY OF COMPLIANCE WITH SUPERVISION CONDITIONS

Payne has maintained a stable residence with his family, in the Bronx, NY. Upon commencing probation, Payne was unemployed and supported financially by unemployment benefits and assistance from his family. In 2004, he secured gainful employment with Gunley Haft/East River Towers, as a part-time porter. In 2007, he was promoted to full-time/temporary status. Payne advised that he has been promoted to permanent/full-time status, effective January 2008. He has reported to the U.S. Probation Department, as directed, and has submitted all required financial paperwork. Payne has remained compliant with the conditions of supervised release and has refrained from criminal behavior.

### RECOMMENDATION AND JUSTIFICATION

It should be noted that Payne is due to expire from the term of supervised release on December 19, 2007. He completed his exit interview with the U.S. Attorney's Office - Financial Litigation Unit in August 2007. Payne has agreed to continue remitting restitution payments at the rate of 10% of his gross monthly income. Therefore, based on Payne's compliance with the Court ordered payment schedule and the scheduled exit interview with the Financial Litigation Unit, we are recommending that he be permitted to expire from supervised release on December 19, 2007.

Report on Offender Under Supervision

Name of Offender: Steven Payne                Docket Number: 1:02-CR-0720-01

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

by  *Ronald A. Kutney* (signature)

Ronald S. Kutney
Senior U.S. Probation Officer
(212) 805-5156

Approved By:

*Jack Malkin* (signature) 12/5/07

Jack Malkin          Date
Supervising U.S. Probation Officer

*JUDICIAL RESPONSE:*

[ ✓ ]  Court approves U.S. Probation Officer's action(s)

or

U.S. Probation Officer is directed to:

[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

_____
Signature of Judicial Officer

December 7, 2007
Date